IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH MCCALL, Individually and as Personal Representative of the Estate of RYAN LEE MCCALL; and WANCHART MCCALL, Individually and as Natural Father of RYAN LEE MCCALL,<br><br>    Plaintiffs,<br><br>        v.<br><br>AVCO CORPORATION; LYCOMING ENGINES; and AVCO LYCOMING-TEXTRON WILLIAMSPORT,<br><br>    Defendants. | No. 4:18-CV-01350<br><br>(Chief Judge Brann) |

## ORDER

**AND NOW**, this 13th day of April 2023, upon consideration of the Notice of Voluntary Dismissal (Doc. 68), **IT IS HEREBY ORDERED** that this action is dismissed with prejudice.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge